Carl Post, OSB No. 06105
carlpost@carlpostlaw.com
LAW OFFICES OF DANIEL SNYDER
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

    Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| DARRIN WAYNE QUIMBY, | **Case No. 1:07-CV-03037** |
| Plaintiff, | |
| vs. | PLAINTIFF'S MOTION FOR STIPULATED JUDGMENT |
| DUTCH MINING, L.L.C., | |
| Defendant. | |

Comes now, the Plaintiff, by and through his attorney of record, and respectfully requests the Court sign and enter the attached Stipulated Judgment.

Dated this 8th day of January, 2009.

                                            **Law Offices of Daniel Snyder**

                                            /s/ Carl Post
                                            Carl Post, OSB No. 06105
                                            carlpost@carlpostlaw.com
                                            Telephone : (503) 241-3617
                                            Facsimile: (503) 241-2249
                                            Of Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

Based on the Federal Court's Electronic Case Filing records, the following persons should be served electronically when the attached document is file with the Court.

Robert T. Thompson, Jr rthompson@thomlaw.net

**Law Offices of Daniel Snyder**

/s/ Carl Post
Carl Post, OSB No. 06105
carlpost@carlpostlaw.com
Telephone : (503) 241-3617
Facsimile: (503) 241-2249
Of Attorneys for Plaintiff