Carl Post, OSB No. 06105
carlpost@carlpostlaw.com
LAW OFFICES OF DANIEL SNYDER
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

    Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| DARRIN WAYNE QUIMBY, | Case No. 1:07-CV-03037 |
| Plaintiff, | **STIPULATED JUDGMENT** |
| vs. | |
| DUTCH MINING, L.L.C., | |
| Defendant. | |

    The parties, by and through their attorneys of record, stipulate to the following judgment. Plaintiff has a judgment against defendant Dutch Mining, LLC in the following amounts:

1. Damages of $45,000.00;

2. Attorney fees and costs of $36,000.00;

3. Prejudgment interest of $15,000.00 in the event Defendant does not make any or all payments as outlined below;

PAGE 1    **STIPULATED JUDGMENT**

4. Liquidated damages of $30,000 in the event Defendant does not make any or all payments as outlined below; and

5. Post judgment interest of 9% on all damages, prejudgment interest, attorney fees and costs in the event Defendant does not make any or all payments as outlined below.

Plaintiff agrees not to take any action to enforce this judgment so long as defendant makes timely payments according to the terms and conditions set forth below.

Payment Schedule. Defendant will make payment on the 28th day of each month as follows:

January 28, 2010 through December 28, 2011            $3375

Defendant will issue all payments to, and in the sole name of, Plaintiff's attorney, Carl Post and delivered to 1000 SW Broadway, Suite 2400, Portland, Oregon 97205, unless otherwise directed in writing. All payments are due on or before the 28th day of each month as outlined above. If defendant fails to make any or all payments, or if any payment is received more than five days after the date which it is due, then Plaintiff may enforce this judgment by any means necessary. If the due date is a weekend or holiday, the payment shall be due the following business day. All payments will be issued by a cashier's check to assure sufficient funds are available to satisfy the payment.

In the event defendant fails to make any payment as outlined, Plaintiff may take any steps necessary to enforce and/or collect on this judgment. In the event Plaintiff is required to take any steps necessary to enforce and/or collect on this judgment, defendant will be entitled to a credit for all payments made.

Enforcement, Attorney Fees, and Costs. If action is necessary to enforce the terms of this Stipulated Judgment, the court shall award the prevailing party the reasonable costs of

PAGE 2    **STIPULATED JUDGMENT**

enforcement, including reasonable attorney fees and costs, even though no legal proceeding is filed. If a legal proceeding is filed, the court shall award the prevailing party reasonable attorney fees, costs, and disbursements in such proceeding or in any appeal thereof.

**It is hereby stipulated.**

Dated this 8th day of January, 2010.

**Law Offices of Daniel Snyder**

_____
Carl Post, OSB No. 06105
carlpost@carlpostlaw.com
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
Of Attorneys for Plaintiff

**Thompson Law, LLC**

_____
Robert Thompson, Jr.
Member of Georgia Bar
rthompson@thomlaw.net
P.O. Box 53484
Atlanta, GA 30355
Telephone: 404.816.0500
Facsimile: 404.816.6856
Of Attorneys for Defendant

Based on the stipulation of the parties, the Court hereby orders Plaintiff have Judgment against Defendant Dutch Mining, LLC as set forth above.

Dated this ___ day of January 2010.

_____
Owen M. Panner
United States District Judge

PAGE 3    **STIPULATED JUDGMENT**